IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, <br><br>　　　Plaintiff, <br>v. <br><br>PYRAMID HOLDINGS LLC, a Georgia Limited Liability Company, <br><br>　　　Defendant. | Case No.: 4:22-cv-2370 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement. The parties anticipate filing a Stipulation of Dismissal within fourteen (14) days.

May 24, 2023

　Respectfully submitted,　　　　　　　　　　　　Respectfully submitted,

*/s/ Brian T. Ku*　　　　　　　　　　　　　　　　*/s/ Joan Nwuli*
Brian T. Ku　　　　　　　　　　　　　　　　　　Joan Nwuli
Attorney-in-charge　　　　　　　　　　　　　　　State Bar No. 15148400
S.D. TX No. 3424380　　　　　　　　　　　　　　Law Office of Joan Nwuli & Associates
Ku & Mussman, P.A.　　　　　　　　　　　　　　1300 North Sam Houston Pkwy, East
18501 Pines Boulevard, Suite 209-A　　　　　　　Suite 160
Pembroke Pines, FL 33029　　　　　　　　　　　Houston, TX 77032
Tel: (305) 891-1322　　　　　　　　　　　　　　Phone: (713) 222- 9200
Fax: (954) 686-3976　　　　　　　　　　　　　　Fax: (832) 619-1384

Brian@kumussman.com

ujulaw5@yahoo.com
*Attorneys for Defendant*

and

John K. Grubb
Local Counsel
State Bar No. 08553500
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2023 a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which generated a copy to all counsel of record.

By: */s/ Brian T. Ku* .
 Brian T. Ku